IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY RODREQUOUS HARRIS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:15-CV-636-WKW [WO] |
| CARTER F. DAVENPORT and LUTHER STRANGE, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

On May 25, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 10.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows.

1. The Recommendation (Doc. # 10) is ADOPTED.

2. Petitioner Rodney Rodrequous Harris's petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED.

3. This action is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 28th day of July, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE