IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY RODREQUOUS HARRIS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:15-CV-636-WKW [WO] |
| CARTER F. DAVENPORT and LUTHER STRANGE, | ) ) ) ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day, it is ORDERED, ADJUDGED and DECREED that this action is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 28th day of July, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE